# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| TWENTY-FIRST CENTURY FOX, INC., | ) ) ) | |
| *Petitioner*, | ) ) | |
| v. | ) ) | No. 16-1324 |
| FEDERAL COMMUNICATIONS COMMISSION and the UNITED STATES OF AMERICA, | ) ) ) ) | |
| *Respondents*. | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE
## AND STIPULATION OF VOLUNTARY DISMISSAL

Petitioner Twenty-First Century Fox, Inc. ("Fox") has filed two petitions for review of the final Report and Order released by the Federal Communications Commission ("FCC") on September 7, 2016, in FCC Docket No. 13-236, *In the Matter of Amendment of Section 73.3555(e) of the Commission's Rules, National Television Multiple Ownership Rule* (the "Order"). Fox's first petition for review was filed on September 16, 2016, before the Order was published in the *Federal Register*, and assigned docket number 16-1324 in this Court. Fox's second petition for review was filed on October 28, 2016, after the Order was published in the *Federal Register*, and assigned docket number 16-1375.

On November 10, 2016, this Court entered an order consolidating case Nos. 16-1324 and 16-1375 into a single proceeding. That same day, this Court entered

an order directing Fox to show cause why its first petition for review filed in No. 16-1324 should not be dismissed as premature.

Fox has determined that it is appropriate to dismiss its earlier-filed petition for review and proceed with its later-filed petition for review. Accordingly, in response to this Court's November 10, 2016, order to show cause, IT IS HEREBY STIPULATED AND AGREED by and between the parties that the petition for review filed in No. 16-1324 is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b), with each party to bear its own fees and costs. This stipulation of dismissal does not apply to Fox's later-filed petition in No. 16-1375, which Fox intends to continue litigating in the ordinary course.

Respectfully submitted,

*/s/ James M. Carr*
James M. Carr
Jacob M. Lewis
Richard K. Welch
FEDERAL COMMUNICATIONS
COMMISSION
445 Twelfth Street, SW
Washington, DC 20554

*Counsel to Respondent Federal Communications Commission*

*/s/ Jonathan H. Lasken*
Jonathan H. Lasken
Robert B. Nicholson
U.S. DEPARTMENT OF JUSTICE

*/s/ Mace Rosenstein*
Mace Rosenstein
Robert A. Long
Michael Beder
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
mrosenstein@cov.com

*Counsel to Petitioner Twenty-First Century Fox, Inc.*

*/s/ Andrew J. Schwartzman*
Andrew J. Schwartzman
Drew Simshaw
GEORGETOWN UNIVERSITY LAW

Room 3224
950 Pennsylvania Avenue, NW
Washington, DC 20530

*Counsel to Respondent United States of America*

/s/ Colby M. May
Colby M. May
COLBY M. MAY, ESQ., P.C.
201 Maryland Avenue, NE
Washington, DC 20002-5703

*Counsel to Movant-Intervenor for Petitioner Trinity Christian Center of Santa Ana, Inc.*

/s/ David Edward Mills
David Edward Mills
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004

*Counsel to Movant-Intervenor for Petitioner ION Media Networks, Inc.*

CENTER
600 New Jersey Avenue, NW
Room 312
Washington, DC 20001

*Counsel to Movant-Intervenors Free Press, Common Cause, Media Alliance and United Church of Christ, Office of Communication, Inc.*

/s/ Rick Kaplan
Rick Kaplan
Jerianne Timmerman
NATIONAL ASSOCIATION OF BROADCASTERS
1771 N Street, NW
Washington, DC 20036

*Counsel to Movant-Intervenor National Association of Broadcasters*

Dated: December 2, 2016

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, the foregoing Stipulation of Voluntary Dismissal has been electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Mace Rosenstein*
Mace Rosenstein